# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

_____

| | |
|---|---|
| | NOVEMBER 2018 GRAND JURY<br>(Impaneled 11/02/2018) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations:<br>Title 21, United States Code,<br>Sections 841(a)(1) and 856(a)(1);<br>Title 18, United States Code, Sections<br>922(j), 922(o), 924(c)(1), and 2;<br>Title 26 United States Code, Section<br>5861(d)<br>(10 Counts and Forfeiture Allegation) |
| **ANTHONY ALLEE**<br>(Counts 1-5, 7-10), and | |
| **TASHIRA ALLEE**<br>(Counts 4, 6, 9, 10) | |

## COUNT 1

**(Possession with Intent to Distribute, and Distribution, of Marijuana)**

The Grand Jury Charges That:

Beginning in or before April 2019, the exact date being unknown, and continuing until on or about July 22, 2019, in the Western District of New York, the defendant, **ANTHONY ALLEE**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, marijuana, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).**

## COUNT 2

**(Possession with Intent to Distribute, and Distribution, of Hydrocodone)**

**The Grand Jury Further Charges That:**

Beginning in or before April 2019, the exact date being unknown, and continuing until on or about July 22, 2019, in the Western District of New York, the defendant, **ANTHONY ALLEE**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, hydrocodone, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3

**(Possession with Intent to Distribute, and Distribution, of Cocaine)**

**The Grand Jury Further Charges That:**

Beginning in or before April 2019, the exact date being unknown, and continuing until on or about July 22, 2019, in the Western District of New York, the defendant, **ANTHONY ALLEE**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in or before April 2019, the exact date being unknown, and continuing until on or about July 22, 2019, in the Western District of New York, the defendants, **ANTHONY**

ALLEE and **TASHIRA ALLEE**, did knowingly, intentionally, and unlawfully use and maintain a place, that is, the premises at 10202 Ridge Road, Medina, New York, for the purpose of manufacturing, distributing, and using marijuana, a Schedule I controlled substance; hydrocodone, a Schedule II controlled substance; and cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**

## COUNT 5

**(Possession of Firearms in Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

Beginning in or before April 2019, the exact date being unknown, and continuing until on or about July 22, 2019, in the Western District of New York, the defendant, **ANTHONY ALLEE**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 841(a)(1), and 856(a)(1), committed in the manner set forth in Counts 1, 2, 3, and 4 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess firearms, including, a short-barreled rifle, a short-barreled shotgun, and a machinegun.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(i), 924(c)(1)(B)(ii), and 2.**

## COUNT 6

**(Possession of Firearms in Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

Beginning in or before April 2019, the exact date being unknown, and continuing until on or about July 22, 2019, in the Western District of New York, the defendant, **TASHIRA ALLEE**, in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 856(a)(1), committed in the manner set forth in Count 4 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess firearms, including, a short-barreled rifle and a short-barreled shotgun.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(i), and 2.**

## COUNT 7

**(Unlawful Possession of a Machinegun)**

**The Grand Jury Further Charges That:**

On or about July 22, 2019, in the Western District of New York, the defendant, **ANTHONY ALLEE**, did knowingly and unlawfully possess a machinegun, that is, a Chinese, Arsenal Model 56 SKS, 7.62 x 39mm fully automatic rifle, bearing serial number 22000456.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 8

### (Unlawful Possession of a Stolen Firearm)

### The Grand Jury Further Charges That:

On or about July 22, 2019, in the Western District of New York, the defendant, **ANTHONY ALLEE**, unlawfully did knowingly possess, conceal, and store a stolen firearm, namely, a Taurus, Model The Judge, .45 LC caliber/.410 gauge revolver, bearing serial number K0190388, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that such firearm was stolen.

**All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).**


## COUNT 9

### (Unlawful Possession of a Short-Barreled Shotgun)

### The Grand Jury Further Charges That:

On or about July 22, 2019, in the Western District of New York, the defendants, **ANTHONY ALLEE** and **TASHIRA ALLEE**, unlawfully did knowingly possess a firearm, that is, a short-barreled shotgun, being more fully described as a Remington, Model 870 Express, 12 gauge pump-action shotgun, bearing serial number X038629M, having a barrel of less than 18 inches in length, that was not registered to the defendants in the National Firearms Registration and Transfer Record.

**All in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871, and Title 18, United States Code, Section 2.**

## COUNT 10

### (Unlawful Possession of a Short-Barreled Rifle)

### The Grand Jury Further Charges That:

On or about July 22, 2019, in the Western District of New York, the defendants, **ANTHONY ALLEE** and **TASHIRA ALLEE**, unlawfully did knowingly possess a firearm, that is, a short-barreled rifle, being more fully described as an Anderson Manufacturing, Model AM-15, semi-automatic rifle, bearing serial number 18096094, having a barrel of less than 16 inches in length, that was not registered to the defendants in the National Firearms Registration and Transfer Record.

**All in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871, and Title 18, United States Code, Section 2.**

## FORFEITURE ALLEGATION

### (Firearms and Ammunition)

### The Grand Jury Alleges That:

Upon conviction of any of the counts of this Indictment, the defendants, **ANTHONY ALLEE** and **TASHIRA ALLEE**, shall forfeit all their right, title, and interest to the United States of any firearms and ammunition involved and used in the commission of the offense, or found in their possession or under their immediate control at the time of **ANTHONY ALLEE**'s arrest on July 22, 2019, including, but not limited to:

a. a Chinese, Arsenal Model 56 SKS, 7.62 x 39mm fully automatic rifle, bearing serial number 22000456;

b. a Anderson Manufacturing, Model AM-15, semi-automatic rifle, bearing serial number 18096094;

6

 c. a Remington, Model 870 Express, 12 gauge pump-action shotgun, bearing serial number X038629M;

 d. a Richard, unknown model, 12 gauge, double-barrel shotgun, bearing serial number 362;

 e. a Smith and Wesson, Model M&P 15, 5.56 NATO, semi-automatic rifle, bearing serial number TE77499;

 f. a Taurus, Model The Judge, .45 LC caliber/.410 gauge, revolver, bearing serial number K0190388;

 g. a Poly Technologies, Model AKS-762, 7.62 x 39mm, semi-automatic rifle, bearing serial number 92025;

 h. an unknown make and model, 223 REM, semi-automatic rifle, bearing no serial number;

 i. a Yugoslavian, Model M59/66, 7.62 x 39 mm, semiautomatic rifle, bearing serial number S-663311;

 j. a Hopkins and Allen, unknown model, 12 gauge, single shot shotgun, bearing no serial number;

 k. an Ithaca, Model M-87-Featherlight, 12 gauge, pump-action shotgun, bearing serial number 371072072;

 l. a Marlin, Glenfield Model 60, 22 LR, semi-automatic rifle, bearing serial number 23293687;

 m. a Colt, Model 1911, 45 Auto, semi-automatic pistol, bearing no serial number;

 n. a Ruger, Model 10/22 carbine, 22 LR, semi-automatic rifle, bearing serial number 249-52473; and

 o. various assortments of .22 caliber, Colt .45, .45 ACP, 7.62x39mm, 12 gauge and other known and unknown calibers of ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665; Title 21 United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, September 10, 2019.

                        JAMES P. KENNEDY, JR.
                        United States Attorney


BY:   S/JUSTIN G. BISH
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5822
       Justin.Bish@usdoj.gov

A TRUE BILL:

S/FOREPERSON