Page #1          Date: 9-5-22

UNITED STATES DISTRICT COURT
FILED
SEP 9 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

TO: The Federal Court,

    I recieved a notice about my request for a sentence reduction or compassionate release. It states a reply from The Government is due 9-1 and a reply from Defendant is due 9-15. I have recieved nothing further, not even from the Government. Im unsure what I need to reply too exactly. Ill use this letter to try and better explain what it is im requesting, why im requesting it, and my plans if accepted.

    I am requesting either (A) compassionate release or (B) a sentence reduction from 150 months to 120 months. I would ask for 120 month mandatory minimum and the 30 months on Count #1 be removed or reduced.

    As stated in my first letter sent to the court, this is my first time in prison. Ive been away from my daughter over 3 years. This is not the life I want. My daughter needs me. My mother and siblings need me. My wife is divorcing me and she is having a very hard time with her health. My mother has my daughter and I call them every day. Ive had great contact with family. I even talk to my father whom has never been in my life and I havent spoken to in over 15 years. Im trying to repair as much damage as I can. Ive been trying to repair myself too. Im diagnosed PTSD, Anxiety, Depression, and a doctor recently mentioned a personality disorder related to trauma as a possibility. Ive completed Anger management, and other programs.

Ive been working, first as a unit orderly, then as a recreation yard worker, now im in the Unicor factory. Since October 2021 ive been passed to 4 psychologists. The BOP doesnt have very good psychology staff. Atleast not for cases like mine. No doctors yet are certified for trauma. Theres no psychiatrists to give medication, only medical doctors, and medications are very limited. Due to Covid-19 its even harder to do programs. I try my best but I cant get to trust any doctor when I change months later. Ive had zero write ups. Ive stayed out of trouble completely. Im programming all I can with Covid restrictions. The fact 924c is "violent" I am not elgible for first step act credit.

I ask the court to also consider possible changes in the law. Ive read case law and read news letters from "FAMM" and "Gordon Law" about appeals and changes on 924c. (United States vs Borden) (united States vs Davis) and also the stuff about taking away mandatory minimums.

My plan upon release is to reside at my mothers house in Barker NY and live there until I can complete mental health and trauma treatment. My mother can help me get a full time job. Eventually I want to reopen my pool service business and I

want to teach my daughter how to work on pools. I can continue to build relationships with my father and daughter, my mother and siblings. I will try very hard to repair and save my marriage. If I cant I will focus on my daughter, my family, and getting my life back together and continue to do treatment so I dont fail ever. I can never learn enough coping skills and will put in 100% effort. Eventually when the time is appropriate I will get an apartment and continue life crime free. This experience in prison has shown me the damage it causes my family and my daughter. They need me and being in prison isnt fair to them. I need to live for them not just myself.

Im open to intense inpatient trauma treatment and would like to do it. Ive lived too long hiding everything inside but I do need to learn to trust doctors and specialists in trauma can greatly help with this. I have alot of support outside prison and still have my own vehicle so I can get to treatment and work.

If the court grants release I would ask for extended probation to really prove myself to the courts, I will accept the strictest of terms and succeed to complete it. If release is not granted I ask for a reduction to allow me to get home sooner. My daughter was 5 when I got arrested and currently is 8. Ive missed too much already.

I deserve to be in prison. I broke the law. I've never been to prison, I allowed other bad people to influence and control me. I covered my mental health troubles wrong. Instead of the right path I chose the wrong. I've had plenty of time to think and to see my errors. I'm ready to start a new way of living and prove to everyone im not a failure.

I look forward to your response.

Sincerely,
a. allee

Anthony Allee
28800-055
PO Box 340
Salters, S.C 29590